# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132718

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WILLIAM BOOKER, JR.,
      Defendant-Appellant.

SC: 132718
COA: 272528
Berrien CC: 2004-401596-FH

_____/

      On order of the Court, the application for leave to appeal the October 19, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

_____
Clerk

p0319